NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MONTERIUS DESEAN SHARP,              )
                                     )
          Appellant,                 )
                                     )
v.                                   )        Case No. 2D17-1379
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe and
Samantha L. Ward, Judges.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


CRENSHAW, MORRIS, and BLACK, JJ., Concur.